opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent and vote to affirm. Settle order on notice.

ALICE HERMAN and FRED HERMAN, Respondents, v. CHAL ASSOCIATES, INC., Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to reverse and dismiss the complaint on the ground that no actionable negligence was established against the defendant.

ANNA ROSENZWEIG and ALEXANDER ROSENZWEIG, Appellants, Respondents, v. NATIONAL TRANSPORTATION Co., INC., Respondent, Appellant.— Resettled order appealed from unanimously modified by providing that unless the plaintiff, Anna Rosenzweig, stipulates to reduce the verdict rendered in her favor from $13,000 to $7,500, and the plaintiff, Alexander Rosenzweig, stipulates to reduce the verdict rendered in his favor from $2,000 to $1,000 within ten days after service of a copy of this decision, then the motion of the defendant to set aside the verdict on the ground of excessiveness is granted and a new trial ordered, and as so modified affirmed, with costs to plaintiffs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Application of VERINDA BROWN, Judgment Creditor, Respondent, for the Issuance of an Execution against the Person of FATHER DIVINE, Also Known as MAJOR J. DIVINE and Rev. M. J. DIVINE, Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [176 Misc. 10.]

BUS DEPOT HOLDING CORP. and Others, Respondents, v. LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Glennon and Callahan, JJ., dissent and vote to reverse and dismiss the complaint.

BUS DEPOT HOLDING CORP., Appellant, and DRY DOCK SAVINGS INSTITUTION, Intervenor, v. LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent. (Action No. 1.) PENNSYLVANIA GREYHOUND LINES, INC., and Others, Appellants, v. LEWIS J. VALENTINE, as Police Commissioner of the City of New York, MESSMORE KENDALL and HOTELS STATLER COMPANY, INC., Respondents. (Action No. 2.) THE BOWERY SAVINGS BANK, Appellant, v. LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent. (Action No. 3.) ALURION REALTY CORPORATION, Appellant, v. LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Respondent. (Action No. 4.) — Appeals unanimously dismissed, without costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

FRANK L. WEIL and Others v. DARCEY REALTY Co., INC., Impleaded, etc. FRANK L. WEIL and Others v. DARCEY REALTY Co., INC., Impleaded, etc. KENNETH FISK, Receiver, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Callahan, JJ.